No. 1857. PEOPLE, APPELLEE, *v.* ROCA, APPELLANT.—First District Court of San Juan. Decided January 30, 1922. Violation of the Excise-tax Law. There was no bill of exceptions or statement of the case and the record discloses no fundamental error. *Affirmed.*

No. 1858. PEOPLE, APPELLEE, *v.* TORRES, APPELLANT. — District Court of Aguadilla. Aggravated assault and battery. Decided February 2, 1922. The record discloses no fundamental error. *Affirmed.*

No. 1859. PEOPLE, APPELLEE, *v.* SÁNCHEZ, APPELLANT.— Second District Court of San Juan. Adulteration of milk. Decided February 3, 1922. No error was assigned or committed. *Affirmed.*

No. 1861. PEOPLE, APPELLEE, *v.* GONZÁLEZ, APPELLANT.— Second District Court of San Juan. Aggravated assault and battery. Decided February 3, 1922. The record discloses no fundamental error. *Affirmed.*

No. 1862. PEOPLE, APPELLEE, *v.* SOTO, APPELLANT.—Second District Court of San Juan. Aggravated assault and battery. Decided February 6, 1922. The record discloses no fundamental error. *Affirmed.*

No. 1866. PEOPLE, APPELLEE, *v.* RIVERA, APPELLANT. — District Court of Ponce. Violation of section 61 of the Excise-tax Law. Decided February 9, 1922. The record discloses no fundamental error. *Affirmed.*

No. 2580. RIVERA, APPELLANT AND APPELLEE, *v.* PONCE RAILWAY & LIGHT CO., APPELLEE AND APPELLANT.—District Court of Ponce. Decided February 9, 1922. Motions by both parties withdrawing appeals. *Appeals withdrawn.*

No. 2657. ROJAS, APPELLANT, *v.* TEXAS OIL CO., APPELLEE. District Court of San Juan, Section 1. Decided February 7, 1922. Verified motion shows that the extension granted by the court below had expired and the statement of the case had not been presented. The transcript not having been filed in this court, the motion is sustained. *Dismissed.*